| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Jason Curtis Outdoor Services, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
11-3670573

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **219 Dover Road** <br> **Chichester, NH 03258-6521** <br> Number, Street, City, State & ZIP Code | **89 Griffin Road** <br> **Deerfield, NH 03037** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Merrimack** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Jason Curtis Outdoor Services, Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **District of New Hampshire** | **3/02/12** | **12-10691-BAH** |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Jason Curtis Outdoor Services, Inc.**  Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Jason Curtis Outdoor Services, Inc.**    Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  3, 2019**
                MM / DD / YYYY

**X  /s/ Jason L. Curtis**                                     **Jason L. Curtis**
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

**X  /s/ Eleanor Wm. Dahar**                                  Date  **May  3, 2019**
Signature of attorney for debtor                                        MM / DD / YYYY

**Eleanor Wm. Dahar**
Printed name

**Victor W. Dahar Professional Association**
Firm name

**20 Merrimack Street**
**Manchester, NH 03101**
Number, Street, City, State & ZIP Code

Contact phone  **(603) 622-6595**      Email address  **vdaharpa@att.net**

**BNH 01784 NH**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Fill in this information to identify the case:

Debtor name: **Jason Curtis Outdoor Services, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advantage Funding Transportation Financing & Leasing Spec<br>1111 Marcus Avenue, Suite M27<br>New Hyde Park, NY 11042 | | | | | | $8,332.00 |
| American Funds<br>12711 N. Meridian Street<br>Carmel, IN 46032-9181 | | | | | | $2,632.71 |
| Auguste Javelle-Bradford<br>19 Jepson Lane<br>Portsmouth, RI 02871 | | | | | | $11,000.00 |
| Breezy Hill Lumber Co., Inc.<br>219 Dover Road<br>Chichester, NH 03258 | | | | | | $5,781.11 |
| Central Tire Co. Inc.<br>1307 Main Street<br>Sanford, ME 04073 | | | | | | $16,553.07 |
| Citi Cards<br>PO Box 183057<br>Columbus, OH 43218-3057 | | | | | | $5,083.59 |
| Element Financial Group<br>c/o PNC Equipment Finance LLC<br>Service Center<br>PO Box 1238<br>Newark, NJ 07101-3538 | | | | | | $29,745.10 |

Debtor **Jason Curtis Outdoor Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Frank Martin Sons, Inc.**<br>**P.O. Box 10**<br>**Fort Kent Mills, ME 04744** | | | | | | $18,722.25 |
| **G&K Services**<br>**c/o Cintas**<br>**PO Box 63083**<br>**Cincinnati, OH 45263-0803** | | | | | | $2,293.20 |
| **Hale Trailer Brake & Wheel, Inc.**<br>**P.O. Box 1400**<br>**Voorhees, NJ 08043** | | | | | | $11,846.37 |
| **Harvard Pilgrim**<br>**PO Box 970050**<br>**Boston, MA 02297-0050** | | | | | | $4,022.15 |
| **Irving Blending**<br>**PO Box 344**<br>**Lewiston, ME 04243-0344** | | | | | | $2,657.24 |
| **Pension Design Services**<br>**43 Constitution Drive**<br>**Bedford, NH 03110** | | | | | | $5,341.19 |
| **Rapid Finance**<br>**c/o Small Business Financial Solutions**<br>**4500 East West Highway, 6th Floor**<br>**Bethesda, MD 20814** | | | | | | $250,000.00 |
| **State of New Hampshire**<br>**Dept. of Revenue**<br>**P.O. Box 454**<br>**Concord, NH 03302-0504** | | | | | | $14,685.77 |
| **Town of Chichester**<br>**54 Main Street**<br>**Chichester, NH 03258** | | | | | | $36,590.80 |
| **TVT 2.0, LLC**<br>**881 Baxter Drive, Suite 100**<br>**South Jordan, UT 84095** | | | | | | $138,000.00 |
| **TVT 2.0, LLC**<br>**881 Baxter Drive, Suite 100**<br>**South Jordan, UT 84095** | | | | | | $75,000.00 |

Debtor **Jason Curtis Outdoor Services, Inc.**　　　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Business Machines NH**<br>**L-3757**<br>**Columbus, OH 43260** | | | | | | $5,219.03 |
| **Windy Ridge Corp.**<br>**190 Ossipee Lake Road**<br>**Tamworth, NH 03886** | | | | | | $4,450.00 |

Official form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

**United States Bankruptcy Court**
**District of New Hampshire**

In re  **Jason Curtis Outdoor Services, Inc.**                                    Case No.
                                    Debtor(s)                                      Chapter  **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Jason Curtis Outdoor Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May  3, 2019** | **/s/ Eleanor Wm. Dahar** |
| Date | **Eleanor Wm. Dahar** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Jason Curtis Outdoor Services, Inc.** |
| | **Victor W. Dahar Professional Association** |
| | **20 Merrimack Street** |
| | **Manchester, NH 03101** |
| | **(603) 622-6595 Fax:(603) 647-8054** |
| | **vdaharpa@att.net** |

```
Advan Funding ComCap-TRFIN
P.O. Box 75422
Chicago, IL 60675-5422

Advantage Funding
Transportation Financing & Leasing Spec
1111 Marcus Avenue, Suite M27
New Hyde Park, NY 11042

American Funds
12711 N. Meridian Street
Carmel, IN 46032-9181

Auguste Javelle-Bradford
19 Jepson Lane
Portsmouth, RI 02871

Barry Equipment Co., Inc.
30 Birch Island Road
P.O. Box 1149
Webster, MA 01570

Blue Sky Landscaping, LLC
222 Raymond Road
Deerfield, NH 03037

Breezy Hill Lumber Co., Inc.
219 Dover Road
Chichester, NH 03258

Central Tire Co. Inc.
1307 Main Street
Sanford, ME 04073

Chase
PO Box 15298
Wilmington, DE 19850-5298

CIT Bank, N.A.
Attn:  Brian Knox
155 Commerce Way
Portsmouth, NH 03801

Citi Cards
PO Box 183057
Columbus, OH 43218-3057

Convenient MD
8 Loudon Road
Concord, NH 03301

Corson & Blaisdell, PA
160 Main Street
P.O. Box 250
Madison, ME 04950-0250
```

Crowell's Towing & Repair, Inc.
1675 White Mountain Highway
Sanbornville, NH 03872

Crystal Rock, LLC
1050 Buckingham Street
Watertown, CT 06795-1631

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

Dakota Financial LLC
11766 Wilshire Boulevard, Suite 550
Los Angeles, CA 90025

Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Element Financial Group
c/o PNC Equipment Finance LLC
Service Center
PO Box 1238
Newark, NJ 07101-3538

First Colebrook Bank
c/o Bangor Savings Bank
100 Loudon Road
Concord, NH 03301

Frank Martin Sons, Inc.
P.O. Box 10
Fort Kent Mills, ME 04744

G&K Services
c/o Cintas
PO Box 63083
Cincinnati, OH 45263-0803

GM Financial
P.O. Box 183593
Arlington, TX 76096-3834

GM Financial Leasing
4001 Embarcadero Drive
Arlington, TX 76014

Hale Trailer Brake & Wheel, Inc.
P.O. Box 1400
Voorhees, NJ 08043

Harvard Pilgrim
PO Box 970050
Boston, MA 02297-0050

```
Henniker Saw Shop LLC
19 Newton Road
PO Box 438
Henniker, NH 03242

HIL Financial
5325 140th Ave NE
Bellevue, WA 98005

Internal Revenue Service
80 Daniel Street
PO Box 9502
Portsmouth, NH 03802-9502

Internal Revenue Services
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Irving Blending
PO Box 344
Lewiston, ME 04243-0344

Jason Curtis
89 Griffin Road
Deerfield, NH 03037

John Deere Financial, FSB
P.O. Box 6600
Johnston, IA 50131-6600

JP Pest Services
101 Emerson Rd
Milford, NH 03055

Katahdin Fire Company
514 Kirlkland Road
Old Town, ME 04468

Katahdin Trust Company
P.O. Box 36
Houlton, ME 04730

Lawson Products
PO Box 809401
Chicago, IL 60680-9401

LifeLine Finanial Services, LLC
400 Bedford Street
Manchester, NH 03101

M.L. Halle Oil Corp
PO Box 837
Manchester, NH 03105
```

```
Maine Oxy Inc.
22 Albiston Way
Auburn, ME 04210-4864

Mercedes-Benz Financial Services USA LLC
P.O. Box 901
Roanoke, TX 76262

Milton Cat/Southworth-Milton, Inc.
30 Industrial Drive
Londonderry, NH 03053

New England Kenworth
24 Hall Street
Concord, NH 03301

Nextera Energy
PO Box 660100
Dallas, TX 75266-0100

Pension Design Services
43 Constitution Drive
Bedford, NH 03110

Piedmont Excavation & Septic LLC
2102 Dover Road
Epsom, NH 03234

PNC Equipment Finance, LLC
655 Business Center Drive, Suite 250
Horsham, PA 19044

Rapid Finance
c/o Small Business Financial Solutions
4500 East West Highway, 6th Floor
Bethesda, MD 20814

Richard Carrier Trucking, Inc.
P.O. Box 718
46 Industrial Park Road
Skowhegan, ME 04976

Skowhegan District Court
47 Court Street
Skowhegan, ME 04976

State of New Hampshire
Department of Safety
23 Hazen Drive
Concord, NH 03305

State of New Hampshire
Dept. of Revenue
P.O. Box 454
Concord, NH 03302-0504
```

```
Thistle's Mobile Service
PO Box 275
Canterbury, NH 03224

Total Security Inc.
172 Lily Pond Road
Gilford, NH 03249

Town of Chichester
54 Main Street
Chichester, NH 03258

TVT 2.0, LLC
881 Baxter Drive, Suite 100
South Jordan, UT 84095

United Business Machines NH
L-3757
Columbus, OH 43260

Unitil
c/o UES Capital
PO Box 98101
Boston, MA 02298-1010

Waste Mangement of Rochester
PO Box 830003
Baltimore, MD 21283-0003

Windy Ridge Corp.
190 Ossipee Lake Road
Tamworth, NH 03886
```